An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

ALDO JOVANNY MORONES,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK,
Respondent,
  and
THE STATE OF NEVADA,
Real Party in Interest.

No. 68245

**FILED**

JUL 2 1 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER DENYING PETITION*

This is a pro se petition for a writ of habeas corpus. Petitioner challenges the validity of his judgment of conviction due to the ineffective assistance of trial counsel. We have reviewed the documents submitted in this matter, and without deciding upon the merits of any claims raised therein, we decline to exercise original jurisdiction in this matter. A challenge to the validity of the judgment of conviction must be raised in a post-conviction petition for a writ of habeas corpus filed in the district

15-22075

court in the first instance.[1]    NRS 34.724(2)(b); NRS 34.738(1). Accordingly, we

ORDER the petition DENIED.

_____, J.
Saitta

_____, J.                    _____, J.
Gibbons                                          Pickering

cc:    Aldo Jovanny Morones
       Law Offices of John P. Parris
       Attorney General/Carson City
       Clark County District Attorney
       Eighth District Court Clerk

---

[1]We express no opinion as to whether petitioner could meet the procedural requirements of NRS chapter 34.